# BYSTROM, etc. v DUPONT PLAZA CENTER, INC., et al.

## Case No. 85-36153 CA 01

Eleventh Judicial Circuit, Dade County

February 28, 1986

### APPEARANCES OF COUNSEL

**Robert A. Ginsburg,** County Attorney, and **Daniel A. Weiss,** Assistant County Attorney, for plaintiff.

**Paul J. Lane** for defendant, Dupont Plaza Center, Inc.

**Jim Smith,** Attorney General, and **Joseph C. Mellichamp, III,** Assistant Attorney General, for defendant Randall Miller, Director of the Department of Revenue.

### OPINION OF THE COURT

HERBERT M. KLEIN, Circuit Judge.

THIS CAUSE came before the Court on February 15, 1986 pursuant to notice on Plaintiff's Motion to Compel Answers to Interrogatories. Having reviewed the file, having heard argument of counsel and being adequately advised in the premises, the Court finds that the Defendant-taxpayer's objections to interrogatories are untimely. "The passing of the forty-five day period without any objection being made to the

questions set forth in the interrogatories clearly must be considered as a waiver by the defendants of any objections they might have had. . . . The Plaintiff[']s patience in agreeing to wait for answers beyond the forty-five day period cannot be considered as a stay or an extension of time for filing objections." [Citations omitted] *Davis v. Romney,* 53 F.R.D. 247, 248 (E.D. Pa. 1971). Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. Plaintiff's motion to compel answers to interrogatories is granted; and

2. Within thirty (30) days of the signing of this Order, the Defendant-taxpayer shall provide answers complying with Fla. R. Civ. P. 1.340 to interrogatories 1, 4, 5, 6, 7, 10, 11, 12, 13, 14, 14a, 14c, 14d, 15, 15a, 15b, 18 and 20.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 28th day of February, 1986.